

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Yaghoub Fathi

**Petitioner**

V.

See Attachment

**Respondent.**

**Civil Action No.** 26-cv-00621-AGS-DDL

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 20, 2026, the Court held a hearing. For the reasons stated on the record, the petition for a writ of habeas corpus (ECF 1 ) is denied without prejudice.  The case is hereby closed.

**Date:**         2/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-00621-AGS-DDL

Respondents:

Christopher LaRose
warden of Otay Mesa Detention Center

Daniel A. Brightman
San Diego Field Office Director,
Immigration and Customs Enforcement and
Removal Operations (ICE/ERO)

Todd Lyons
Acting Director of Immigration Customs
Enforcement (ICE)

Kristi Noem
Secretary of the Department of Homeland
Security (DHS)

Pamela Bondi
Attorney General of the United States

U.S. Immigration and Customs Enforcement